IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOSPITALITY INSURANCE COMPANY, | : : | |
| Plaintiff | : : | No. 1:18-cv-1090 |
| v. | : : | (Judge Kane) |
| CARLEY'S NEIGHBORHOOD BAR AND GRILL, LLC d/b/a DARA AND JACK'S PLACE, and d/b/a JACK'S PLACE, et al., | : : : : : | |
| Defendants | : | |

## ORDER

**AND NOW**, on this 2nd day of May 2019, upon consideration of Defendant Carley's Neighborhood Bar and Grill, LLC d/b/a Dara and Jack's Place, and d/b/a Jack's Place ("Defendant Carley's")'s motion to dismiss (Doc. No. 7), and Plaintiff's motion for leave to file an amended complaint (Doc. No. 17), **IT IS ORDERED THAT**:

1. Plaintiff's Motion for Leave to File an Amended Complaint (Doc. No. 17), is **GRANTED**; and

2. Defendant Carley's Motion to Dismiss (Doc. No. 7), is **DENIED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania